**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**STEVE ANTHONY MANN**                                                    **PLAINTIFF**

**v.**                            **Civil No. 08-5016**

**BRENDA DESHIELDS, Benton
County Court Clerk; SCOTT
McELVEEN, Public Defender;
and TOM KEITH, Benton
County Circuit Judge**                                      **DEFENDANTS**

### O R D E R

Now on this 24th day of April, 2008, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #7, filed April 4, 2008), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint is hereby **dismissed**.

**IT IS SO ORDERED.**

                                            **/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**